FILED 20 FEB '25 14530USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

HERBERT LEE STREETER,

Defendant.

3:25-cr-00061-IM

**INDICTMENT**

21 U.S.C. § 841(a)(1), (b)(1)(C)
18 U.S.C. §§ 924(c), 922(g)(1)

**Forfeiture Allegation(s)**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with the Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C))**

On or about February 10, 2025, in the District of Oregon, defendant **HERBERT LEE STREETER,** did knowingly possess with intent to distribute a mixture or substance containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

///

///

///

///

Indictment                                                                                                      Page 1

## COUNT 2
**(Possession with the Intent to Distribute Cocaine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C))**

On or about February 10, 2025, in the District of Oregon, defendant **HERBERT LEE STREETER,** did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
**Possession of Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about February 10, 2025, in the District of Oregon, defendant **HERBERT LEE STREETER,** in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 and Count 2 of this Indictment, did knowingly possess firearm(s), to wit:

(1) a Smith and Wesson .40 caliber handgun, serial number LFE8271;

(2) a Taurus .357 revolver, serial number 113439;

(3) a Glock 9mm handgun, serial number SGP643;

(4) a Smith and Wesson .44 caliber revolver, serial number 613462;

(5) a Hi-Point Model JHP 45ACP, serial number 407684;

(6) a Taurus PT 585 .380 handgun, serial number KNF87230;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

/ / /

/ / /

**Indictment**                                                    **Page 2**

## COUNT 4
### (Felon in Possession of Firearm(s))
### (18 U.S.C. § 922(g)(1))

On or about February 10, 2025, in the District of Oregon, defendant **HERBERT LEE STREETER**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Conspiracy to Delivery Controlled Substances – Methamphetamine and Conspiracy to Delivery Controlled Substances – Heroin, in Clackamas County Circuit Court, on or about September 26, 2016, case number 16CR20275;

(2) Delivery of Heroin, in Multnomah County Circuit Court, on or about April 8, 2013, case number 121235717;

did knowingly and unlawfully possess the following firearm(s):

(1) a Smith and Wesson .40 caliber handgun, serial number LFE8271;

(2) a Taurus .357 revolver, serial number 113439;

(3) a Glock 9mm handgun, serial number SGP643;

(4) a Smith and Wesson .44 caliber revolver, serial number 613462;

(5) a Hi-Point Model JHP 45ACP, serial number 407684;

(6) a Taurus PT 585 .380 handgun, serial number KNF87230;

which firearm(s) had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any offense in Count 1 and/or Count 2, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or

**Indictment**                                                                                         **Page 3**

intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

### SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 3 and/or Count 4, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) involved in that offense, including without limitation:

(1) a Smith and Wesson .40 caliber handgun, serial number LFE8271;

(2) a Taurus .357 revolver, serial number 113439;

(3) a Glock 9mm handgun, serial number SGP643;

(4) a Smith and Wesson .44 caliber revolver, serial number 613462;

(5) a Hi-Point Model JHP 45ACP, serial number 407684;

(6) a Taurus PT 585 .380 handgun, serial number KNF87230;

(7) all ammunition and firearm accessories

(8) body armor

Dated: February 20, 2025                    A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Indictment**                                                        **Page 4**