Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon  97205
Telephone:  (503) 228-0497
Facsimile:  (503) 228-7112
Email:  per@hoevetlaw.com

      Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>HERBERT LEE STREETER,<br><br>      Defendant. | Case No. 3:25-CR-00061-IM<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL DATE |

I, Per C. Olson, declare under penalty of perjury, that the following statements are true to the best of my knowledge, information and belief:

1.     I am the attorney for defendant Herbert Lee Streeter.

2.     The trial in this case is currently scheduled for January 27, 2026, which is the fourth trial setting.  This is defendant's fourth motion to postpone trial.  The indictment was filed on February 20, 2025.  (ECF 10).  As of January 27, 2026, two days will remain on the speedy trial clock (unless the filing of this motion suspends the clock).  I seek a postponement of trial of roughly 90 days to April 28, 2026, or a date thereafter convenient to the Court and government.

Page 1 - DECLARATION OF COUNSEL

3.       Additional time is necessary to review the discovery with defendant pursuant to a protective order, investigate the case, prepare and file pretrial motions, and prepare for plea negotiations and/or trial.

4.       Furthermore, as I mentioned in recent email correspondence with the Court, I have a date-certain trial starting in Wasco County Circuit Court (The Dalles) on January 26, 2026, expected to last a week or more.  Therefore, I have a solid conflict with the current trial date in this matter.

5.       Mr. Streeter is in custody.

6.       I have discussed with my client his rights under the Speedy Trial Act, 18 USC § 3161.  He has indicated to me that he has no objection to the trial date being postponed as requested in my motion, and understands that this will constitute a waiver of his right to a speedy trial for that period of time the matter is postponed, which will constitute excludable delay.

7.       Based on recent conversations with Assistant United States Attorney Lewis Burkhart, I believe he does not oppose this request.  (Mr. Burkhart has been out of the office and unavailable over the holidays.  He is back in the office on January 5).  Generally, we have discussed a plan of action for trying to resolve this case.  If the case is to be settled, we should know that within the month.  In email communications with the parties, the Court has stated that this postponement will result in a firm trial date.  Although I am seeking a new trial date of April 28, 2026, I have not conferred with the government whether that date works with them.  So, we may need to adjust slightly if

Page 2 - DECLARATION OF COUNSEL

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON  97205
(503) 228-0497

we need to set a firm trial date.  I'll add that if we are unable to resolve the case,

defendant likely will file suppression motions which likely would affect scheduling of trial.

DATED this 2nd day of January, 2026.


_s/  Per C. Olson_
PER C. OLSON, OSB #933863

Page 3 - DECLARATION OF COUNSEL