Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com
        Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

HERBERT LEE STREETER,

                    Defendant.

Case No. 3:25-CR-00061-IM

WAIVER OF SPEEDY TRIAL

Herbert Lee Streeter declares pursuant to 28 U.S.C. § 1746:

1.    I am a defendant in the above captioned case.

2.    My attorney is Per C. Olson.

3.    Mr. Olson has explained my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. §3161 *et seq.* and the Constitution. I understand those rights and waive them.

4.    I agree that the delay of the trial until June 30, 2026 is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv).

5.    I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 3-31-26                          _____
                                        Herbert Lee Streeter

Page 1 – WAIVER OF SPEEDY TRIAL